1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KAMALJIT SINGH GHAG,                )     1:07-cv-0561 AWI TAG HC
                                    )
                Petitioner,         )
                                    )     ORDER GRANTING IN FORMA PAUPERIS
        v.                          )     STATUS
                                    )
D. SMITH,                           )
                                    )
                Respondent.         )
_____ )

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*.  The petition will be screened in due course.


IT IS SO ORDERED.

Dated:   **May 9, 2007**                          ____**/s/ Theresa A. Goldner**_____
_____                                            UNITED STATES MAGISTRATE JUDGE