IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJIT SINGH GHAG,<br><br>    Petitioner,<br><br>vs.<br><br>D SMITH, et al.,<br><br>    Respondent.<br>_____/ | 1:07-cv-0561-AWI-TAG (HC)<br><br>ORDER VACATING ORDER OF<br>MAY 10, 2007 (DOC. 4) |

    Petitioner is a federal prisoner proceeding pro se. On April 11, 2007, petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On May 10, 2007, the Court granted petitioner leave to proceed in forma pauperis. (Doc. 4). On May 14, 2007, petitioner paid the $5.00 filing fee under receipt number 101-205143. For this reason, the Court's Order of May 10, 2007 will be vacated.

    Accordingly, IT IS HEREBY ORDERED that :

1. The Court acknowledges that petitioner has paid the $5.00 filing fee for this action, and

2. The Court's Order of May 10, 2007 (Doc. 4), is VACATED in its entirety.

IT IS SO ORDERED.

Dated: **June 14, 2007**                             **/s/ Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE