# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJIT SINGH GHAG,<br><br>                Petitioner,<br><br>v.<br><br>DENNIS SMITH,<br><br>                Respondent. | 1:07-cv-00561-AWI-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 8)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc.5)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS  (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     On April 11, 2007, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.  (Doc. 1).

     On June 6, 2007, Respondent filed a motion to dismiss the petition as moot.  (Doc. 5). On August 17, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed because the case was moot.  (Doc. 8).  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  On August 28, 2007, Petitioner filed his objections.  (Doc. 9).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 17, 2007 (Doc. 8), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 5), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   October 2, 2007**                             /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE